In the Matter of the Application of THOMAS P. FLANAGAN, Appellant, for an Order of Mandamus against RAYMOND V. INGERSOLL, Borough President of the Borough of Brooklyn, in the City of New York, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of FLORENCE N. REINHARDT, Respondent, for a Peremptory Order of Mandamus against JOSEPH F. LOEHR, as Mayor, and Others, etc., and All Constituting the BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF YONKERS, N. Y., and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

JOHN JACOBELLIS, as a Stockholder Suing on Behalf of the PRUDENTIAL ICE AND COAL CORPORATION, Appellant, v. PRUDENTIAL ICE AND COAL CORPORATION and Others, Defendants; LAWRENCE FIGHERA and Others, Respondents, and VITO LIMITONE, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for resettlement of order denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

NATHAN LIVERT, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

MALBA ASSOCIATION, Respondent, v. THERESE V. HYNDS, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

WILLIAM J. F. REYNOLDS, Appellant, v. CLIFFORD D. MALLORY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

MOLLIE SHAPIRO, Respondent, v. INDEPENDENT ORDER BRITH ABRAHAM OF THE UNITED STATES OF AMERICA, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

GEORGE A. TITTERINGTON, as Executor, etc., of MORRIS M. TITTERINGTON, Deceased, Respondent, v. CHARLES H. COLVIN and PIONEER INSTRUMENT COMPANY, INCORPORATED, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.